THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0063-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAMES LOPEZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On July 1, 2019, the Court granted Defendant Jesus Rincon-Meza's unopposed motion to continue the trial date to December 9, 2019 and the pretrial motions deadline to November 1, 2019. (*See* Dkt. No. 47.) Defendant Lopez has since filed a speedy trial waiver up to and including December 23, 2019. (Dkt. No. 48.) Having thoroughly considered the relevant record and in the interest of judicial economy, the Court hereby ORDERS that Defendant Lopez's trial date is hereby CONTINUED to December 9, 2019 at 9:30 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv), and 3161(h)(6). Any pretrial motions shall be filed no later than November 1, 2019.

DATED this 15th day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk